# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES C. RENGGLI, | |
| Plaintiff, | No. 2:14-CV-00029-VEB |
| v. | |
| CAROLYN W. COLVIN, | JUDGMENT IN A CIVIL CASE |
| Commissioner of Social Security, | |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: December 1, 2014

        SEAN F. McAVOY
        Clerk of Court

        By: *s/Karen White*
          Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**